No. 90–184.   IN RE ROYCE, *ante*, p. 806.   Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.   JUSTICE SOUTER took no part in the consideration or decision of this motion and this petition.

No. 90–335.   SPARKS *v.* CHARACTER AND FITNESS COMMITTEE OF KENTUCKY, *ante*, p. 920.   Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.   Petition for rehearing denied.

## DECEMBER 10, 1990

No. 89–1261.   JORDAN *v.* UNITED STATES.   Ct. Mil. App. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Minnick* v. *Mississippi, ante,* p. 146.

No. 90–663.   DEVER *v.* OHIO.   Ct. App. Ohio, Hamilton County.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Idaho* v. *Wright,* 497 U. S. 805 (1990).

No. — — ——.   MAISANO ET AL. *v.* UNITED STATES.   Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–368.   SMITH *v.* UNITED STATES.   Application for release pending ·appeal, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–422 (90–849).   COUNTY OF LOS ANGELES ET AL. *v.* GARZA ET AL.   C. A. 9th Cir.   Application to reinstate the stay of a special election ordered by the United States District Court for the Central District of California, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. D–909.   IN RE DISBARMENT OF MARTIN.   Disbarment entered.   [For earlier order herein, see 496 U. S. 923.]

No. D–911.   IN RE DISBARMENT OF BADALIAN.   Disbarment entered.   [For earlier order herein, see 496 U. S. 923.]

No. D–931.   IN RE DISBARMENT OF RYAN.   Disbarment entered.   [For earlier order herein, see 497 U. S. 1056.]